# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SUSAN THYS-JACOBS,** as Personal Representative of the
**ESTATE OF DANIEL M. JACOBS,**
Appellant,

v.

**ASCENTIUM CAPITAL, LLC,**
Appellee.

No. 4D21-2240

[September 30, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Kenneth L. Gillespie, Judge; L.T. Case No. PRC18-004259.

Benjamin R. Dishowitz of Doumar, Allsworth, Laystrom, Voigt, Wachs, Adair & Dishowitz, LLP, Fort Lauderdale, for appellant.

Joel W. Hyatt and Theodore L. Tripp, Jr., of Hahn Loeser & Parks LLP, Fort Myers, and Elisé K. Yarnell of Hahn Loeser Parks LLP, Columbus. OH, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***